332

No. 50707.—Protest 56347–K of Sol Levy (Philadelphia).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

No. 50708.—Protest 69661–K of American Import Co. (Seattle).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.   The protest was sustained to this extent.

BEFORE THE SECOND DIVISION, NOVEMBER 26, 1945

No. 50709.—Petitions 6415–R, etc., of Continental Representatives, Ltd. (Baltimore and Los Angeles).

Opinion by TILSON, J.   The petitions were dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 28, 1945

No. 50710.—Protest 66847–K of North American Mercantile Co. (San Francisco).

Opinion by COLE, J.   It was stipulated that the merchandise consists of dried, unsalted fish the same in all material respects as that passed upon in Abstract 50242.   In accordance therewith the protest was sustained as claimed.

No. 50711.—Protests 10718–K, etc., of Kwong Kee Jan & Co. et al. (San Francisco).